

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00175-CR

Simon Peter **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5551
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED June 1, 2022.

_____
Liza A. Rodriguez, Justice